**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GREGORIO MUNOZ HUERTA,

      *Petitioner*,

v.                                                                          Case No. 3:26-cv-231-WWB-MCR

WARDEN, BAKER CORRECTIONAL
INSTITUTION, et al.,

      *Respondents*.

_____

## <u>ORDER</u>

THIS CAUSE is before the Court on Petitioner's Notice of Voluntary Dismissal (Doc. 20).  Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on June 2, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
Copies to:
Counsel of Record